UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )      2:08-cr-00390-GEB
                                   )      2:08-cr-00392-GEB
                Plaintiff,         )
                                   )      ORDER FOR EXAMINATION
        v.                         )      PURSUANT TO TITLE 18
                                   )      SECTION 4241 - Mental
KHAMSOU SIDA,                      )      Competency of Defendant
                                   )
                Defendant.         )
_____)

        Defendant Khamsou Sida's counsel has questioned whether
Defendant understands the nature of the criminal charges in the two
cases in which indictments are pending against him, and is able to
assist in his defense.  Therefore, the Federal Bureau of Prisons
shall have Defendant Khamsou Sida examined, pursuant to Section
4241 of Title 18 of the United States Code, to determine whether he
is suffering from a mental disease or defect rendering him mentally
incompetent to understand the nature and consequences of the
proceedings against him or to assist properly in his defense.

        Defendant Khamsou Sida shall be transported to the place
designated by Bureau of Prisons for the examination and/or study,
which may be conducted over a period of 90 days.  Further, the
Bureau of Prisons shall have a report prepared, pursuant to the

1

1 provisions of Section 4241(b) of Title 18 United States Code; the

2 report will be filed under seal.[1]

3        The examining officials are authorized to access all

4 pertinent medical and collateral information, including psychiatric

5 and medical records and psychological testing.  The indictments are

6 attached which contain the allegations against Defendant.

7        Time is excluded under the Speedy Trial Act to and

8 including March 13, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(A) and

9 Local Code N, because of the examination and/or study to determine

10 mental competency.  A status hearing is scheduled for 9:00 a.m. on

11 March 13, 2009.  The Clerk of Court is directed to include the

12 United States Marshal and the Sacramento Community Corrections

13 Manager of the Bureau of Prisons in the service of this Order.

14        IT IS SO ORDERED.

15 Dated:  December 12, 2008

16

17 _____
   GARLAND E. BURRELL, JR.

18 United States District Judge

19

20

21

22

23

24

25

26        [1]   The public does not presently possess a right of access to
   this document.  Press-Enterprises Co v. Superior Court, 478 U.S. 1, 8

27 (1986); U.S. v. Martin-Trigona, 767 F.2d 35, 39 (2d Cir. 1985); see also
   U.S. v. Shlater, 85 F.3d 1251, 1254 (7th Cir. 1996); Miller v. U.S., 207

28 F. Supp. 5, 6 (N.D. Fl 1962).  See United States v. Weston, 36 F. Supp.
   2d 7, 8 (D.C. 1999).