1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )      2:08-cr-00390-GEB
                                      )      2:08-cr-00392-GEB
11             Plaintiff,             )
                                      )      ORDER
12        v.                          )
                                      )
13   KHAMSOU SIDA,                    )
                                      )
14             Defendant.             )
     ─────────────────────────────── )

15

16        On March 19, 2009, chambers received the attached letter

17   dated March 11, 2009, from the Warden of the Federal Bureau of

18   Prisons, Metropolitan Detention Center, Los Angeles, California.

19   The last section of the letter, which contains contact information

20   for the evaluator, has been redacted.  The envelope in which the

21   letter was mailed is postmarked March 16, 2009.

22   Dated:  March 19, 2009

23

24                                   _____
                                     GARLAND E. BURRELL, JR.
25                                   United States District Judge

26

27

28

                                     1