1 CARL E. LARSON, Bar #48162
Attorney at Law
2 9490 Golden Gate Avenue
Orangevale, CA 95662
3 Telephone: (916) 989-9226

4 Attorney for Defendant
KHAMSOU SIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S-08-390-GEB |
| | ) CR.S-08-392-GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date: April 24, 2009 |
| KHAMSOU SIDA, | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |
| Defendant. | ) |

The parties, plaintiff United States, through counsel, Assistant United States Attorney, MICHAEL BECKWITH and the defendant, KHAMSOU SIDA, through counsel, CARL E. LARSON, hereby stipulate that the status conference set for April 10, 2009 at 9:00 a.m. be rescheduled to April 24, 2009 at 9:00 a.m. Counsel requesting this continue due to the Psychiatric Report is not yet available.

/ / /

/ / /

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 24, 2009 pursuant to 18 U.S.C. § 3161 (h)(1)(A) [mental incompetence to stand trial] (Local Code N).

Dated: April 8, 2009

Respectfully submitted,

/s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant
KHAMSOU SIDA

Dated: April 8, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant United States Attorney

SO ordered.

Dated: April 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge